UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

RANDY HAIGHT, PETITIONER

v. CIVIL ACTION NO. 3:02-CV-206-S

PHIL PARKER,
Warden, Kentucky State Penitentiary, RESPONDENT

# ORDER

For the reasons expressed in the opinion entered today, the court hereby adopts the opinions expressed in the magistrate judge's orders (DNs 76, 80) to the extent that they are not inconsistent with the opinion entered herewith. Accordingly, Petitioner's motion for discovery (DN 68) is **DENIED** in toto.

In addition, Petitioner's motion to proceed ex parte in seeking expert assistance (DN 67) is **DENIED WITH LEAVE TO RE-FILE**. Should he continue to pursue the issue, Petitioner must file and serve a concise motion seeking to have the court provide him with expert assistance that includes a short, case-specific statement of the need for confidentiality. This statement of the need for confidentiality must generically identify the type of services needed and the broad issue or topic (for example, innocence) for which the services are needed. Simultaneously, Petitioner must file ex parte and under seal his detailed application for expert aid. In this application, Petitioner must estimate the amount of fees or expenses likely to be incurred and provide specific factual support for the funding.

**IT IS SO ORDERED.**